**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| CORY LINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| PUBLIX SUPER MARKETS, INC., PUBLIX TENNESSEE, LLC and PGIM, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**NOTICE OF REMOVAL**

---

Defendants Publix Super Markets, Inc. and Publix Tennessee, LLC (collectively, "the Publix Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice of the removal of this action from the Circuit Court of Davidson County, Tennessee, at Nashville, to the United States District Court for the Middle District of Tennessee, Nashville Division. In support of the removal, the Publix Defendants respectfully state as follows:

1. On June 22, 2026, Plaintiff filed a premises liability personal injury action against all defendants in the Circuit Court of Davidson County, Tennessee, Case No. 26C1861. True and correct copies of all documents on file with the Circuit Court of Davidson County, Tennessee, at Nashville are attached hereto as <u>Collective Exhibit A</u>, as required by 28 U.S.C. § 1446(a).

2. Publix Super Markets, Inc. and Publix Tennessee, LLC have been served with the summons and complaint and, therefore, are properly served defendants for purposes of 28 U.S.C. § 1446(b)(2)(A).

3. Plaintiff claims damages against Defendants for various alleged acts of omission and negligence. Specifically, Plaintiff alleges that at the time of the incident on June 26, 2025, he

was a lawful business invitee inside the Publix grocery store located at 2324 Lebanon Pike, Nashville, Tennessee 37214.

4. Plaintiff alleges that while pushing a shopping cart through the customer area of the Publix store, he slipped and fell on a clear liquid substance which appeared to be water. As a result of his slip, Plaintiff alleges that he "performed an unintentional split" which caused his injuries.

5. Plaintiff alleges that the defendants had a duty to maintain a reasonably safe environment for customers and to inspect, identify, and remedy dangerous conditions. Plaintiff alleges that the defendants' negligence and wrongful acts were the direct and proximate cause of his injuries. Plaintiff seeks an amount "not to exceed one million dollars ($1,000,000)."

6. The time period within which the Publix Defendants are required to file this Notice of Removal pursuant to 28 U.S.C. § 1446 has not yet expired. Since July 16, 2026, the date on which the Publix Defendants were served via the Tennessee Secretary of State, there have been no other proceedings in this case in the Circuit Court for Davidson County, Tennessee, at Nashville.

7. This action is civil in nature, having been brought as a result of allegations of negligence. Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over Plaintiff's Complaint, which involves citizens from different states and an amount in controversy that is in excess of $75,000. As stated above, Plaintiff seeks damages "not to exceed one million dollars ($1,000,000)" for, among other things, severe pain and suffering, physical impairment and mobility loss, reduced independence, and difficulties with activities of daily living. *See* Compl., at ¶ 29. Furthermore, prior to filing suit, Plaintiff tendered a settlement demand to the Publix Defendants that exceeds the $75,000 amount in controversy threshold. *See Halsey v. AGCO Corp.,* 755 F. App'x 524, 527 (6th Cir. 2018).

8. Additionally, as required by 28 U.S.C. § 1332, Plaintiff is a citizen of a different state than each of the defendants. Plaintiff is a citizen and resident of the State of Tennessee. Publix Super Markets, Inc. is a Florida corporation with its principal place of business in Florida. Publix Tennessee, LLC is a Florida limited liability company, whose members are Publix Super Markets, Inc. and Publix Asset Management Company. Publix Asset Management Company. is, like Publix Super Markets, Inc., a Florida corporation that has its principal place of business in Florida. Therefore, Publix Tennessee, LLC is a citizen of the State of Florida for purposes of diversity jurisdiction. PGIM, Inc. is a New Jersey corporation with its principal place of business in New Jersey. Therefore, none of the defendants are considered citizens of the State of Tennessee for purposes of diversity jurisdiction. The United States District Court for the Middle District of Tennessee, Nashville Division, is the federal judicial district encompassing the Circuit Court for Davidson County, Tennessee, at Nashville, where Plaintiff originally filed this suit. Therefore, this district is the proper federal district for removal of this case. 28 U.S.C. § 1441(a); 28 U.S.C. § 123(a).

9. Pursuant to 28 U.S.C. § 1446(d), Plaintiff, through counsel, will be served with this notice, and a copy of this notice will be filed contemporaneously with the Circuit Court for Davidson County Tennessee, at Nashville. A true and correct copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

10. By filing the instant Notice of Removal, Defendants do not waive, and fully reserve, all defenses they may have, including, but not limited to, the defenses available under Rule 12 of the Federal Rules of Civil Procedure.

11. Based on the foregoing, Defendants respectfully request that the United States District Court for the Middle District of Tennessee, Nashville Division, accept this Notice of

Removal and assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary.

WHEREFORE, Defendants, Public Super Markets, Inc. and Publix Tennessee, LLC, hereby give notice that the above-described action now pending against them in the Circuit Court for Davidson County, Tennessee, at Nashville, has been removed therefrom to this Court.

Dated this 17th day of August, 2026.

Respectfully submitted,

*s/ Thomas J. Aumann*

Kenny L. Saffles (BPR# 023870)
Thomas J. Aumann (BPR # 034046)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
ksaffles@bakerdonelson.com
taumann@bakerdonelson.com

*Attorneys for Defendants Publix Super Markets, Inc. and Publix Tennessee, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, the foregoing **Notice of Removal** was filed via the Court's electronic filing system and, further, that I served a true and correct copy of same via U.S. Mail, postage prepaid, and/or via electronic mail on the following:

Tanner C. Gibson
Hughes and Coleman Injury Lawyers
446 James Robertson Pkwy, Suite 100
Nashville, TN 37219
Tel: (615) 557-1125
tgibson@hugheandcoleman.com

*Attorney for Plaintiff, Cory Linton*

s/ *Thomas J. Aumann*
Thomas J. Aumann