**IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| CORY LINTON,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC., PUBLIX TENNESSEE, LLC, and PGIM, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26C1861 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on August 17, 2026, Defendants Publix Super Markets, Inc. and Publix Tennessee, LLC filed a Notice of Removal of Plaintiff's Complaint to the United States District Court for the Middle District of Tennessee, Nashville Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit A.

As required by 28 U.S.C. § 1446(d), Defendants have served all adverse parties with a copy of the Notice of Removal to effectuate the removal, and the Circuit Court for Davidson County, Tennessee shall proceed no further in this action.

Dated this 17th day of August 2026.

EXHIBIT
B

Respectfully submitted,

*s/ Thomas J. Aumann*
Kenny L. Saffles (BPR# 023870)
Thomas J. Aumann (BPR # 034046)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
ksaffles@bakerdonelson.com
taumann@bakerdonelson.com

*Attorneys for Defendants Publix Super Markets, Inc. and Publix Tennessee, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, the foregoing **Notice of Filing Notice of Removal** was filed via the Court's electronic filing system and, further, that I served a true and correct copy of same via U.S. Mail, postage prepaid, and/or via electronic mail on the following:

Tanner C. Gibson
Hughes and Coleman Injury Lawyers
446 James Robertson Pkwy. Ste100
Nashville, TN 37219
Tel: (615) 557-1125
tgibson@hughesandcoleman.com

*Attorney for Plaintiff, Cory Linton*

*s/ Thomas J. Aumann*
Thomas J. Aumann